## BREVORT *against* SAYRE AND HURD.

If an inquest be taken while the parties are endeavoring to compromise, in consequence of a meeting appointed for that purpose, it will be set aside.

BOYD moved to set aside the inquest taken in this cause, on an affidavit, stating that the day on which the cause was set down for trial, one of the defendants, who was merely a surety for the other, sent a message to the plaintiff, by which he requested a meeting, to settle the suit if possible, in consequence of which an appointment was made for the evening, in order to try to compromise, but during the course of the day the inquest was taken.

*Per Curiam.* Take your motion.

Inquest set aside.